**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-09-029-5 |
| | § |
| GERARDO VILLEGAS | § |

**O R D E R**

Defendant Villegas filed an unopposed motion for continuance of the sentencing hearing (Docket Entry No. 430). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 29, 2011 at 9:00 a.m.**

SIGNED on April 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge